THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE BROWN, | CASE NO. C20-1808-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF KENT, a municipal corporation, D. MCCUISTION, individually and in his capacity as Commander of the Kent City Jail, and MR. WARD, individually and in his capacity as Sergeant of the Kent City Jail, and JOHN/JANE DOES 1-XX, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of voluntary dismissal (Dkt. No. 9). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action shall be dismissed without prejudice and without an award of fees or costs to any party. (Dkt No. 9.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED without prejudice and without an award of fees or costs to any party. The

Clerk is directed to CLOSE this case.

DATED this 8th day of March 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk